UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN LE,<br><br>    Plaintiff,<br><br>    v.<br><br>MOLLY C. DWYER, et al.,<br><br>    Defendants. | No.  2:19-cv-00414-KJM-DB<br><br><br>ORDER |

The plaintiff in this matter, Helen Le, is now appearing in propria persona.  Under Local Rule 302(c)(21) this matter is REFERRED to Magistrate Judge Deborah Barnes for all nondispositive pretrial scheduling and proceedings.

IT IS ORDERED that any hearing dates currently set, and any initial scheduling orders issued, by the undersigned are VACATED.  Any pending requests shall be referred to the magistrate.

IT IS FURTHER ORDERED that all future documents filed in the above-captioned case shall reference the following case number: CIV S 2:19-cv-00414-DB. The Clerk shall issue an Initial Scheduling Order for Magistrate Judge Deborah Barnes.

IT IS SO ORDERED.

DATED:  July 21, 2020.

CHIEF UNITED STATES DISTRICT JUDGE