1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     HELEN LE,                                    No.  2:19-cv-0414 KJM DB PS

12                      Plaintiff,

13              v.                                   ORDER

14     MOLLY C DWYER, et al.,

15                      Defendants.

16

17          Plaintiff, Helen Le, is proceeding in this action pro se.  This matter was referred to the

18     undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  On January 9,

19     2020, plaintiff's complaint was dismissed for lack of jurisdiction and failure to state a claim, and

20     the case was closed.  (ECF Nos. 16 & 17.)  Plaintiff appealed and, on April 24, 2020, plaintiff's

21     appeal was dismissed as frivolous.  (ECF No. 26.)

22          Since the close of this action plaintiff has repeatedly filed frivolous filings, often styled as

23     motions.  (ECF Nos. 25, 27-29, 31, 33.)  Plaintiff has also repeatedly and improperly emailed

24     documents to the Clerk of the Court and Court staff.  (ECF No. 30.)  Plaintiff was ordered to

25     cease doing so and ignored that order.

26     ////

27     ////

28     ////

1

1       Accordingly, IT IS HEREBY ORDERED that:

2           1.  Plaintiff's April 20, 2020 motion for relief award settlement (ECF No. 25) is denied;

3           2.  Plaintiff's June 9, 2020 motion for contempt (ECF No. 28) is denied;

4           3.  Plaintiff's July 22, 2020 motion to meet the undersigned (ECF No. 33) is denied;

5           4.  Plaintiff is advised that emails or documents filed by plaintiff since the closing date

6   will be disregarded and no orders will issue in response to future filings; and

7           5.  The Clerk of the Court shall not docket any further documents filed by plaintiff in this

8   closed case.

9   Dated:  July 27, 2020

10

11

12                                          DEBORAH BARNES
                                            UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26   DLB:6
     DB/orders/orders.pro se/le0414.no.file.ord

27

28

2